**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re: | ) | Case No. 16-12007 |
| | ) | Honorable Dana L. Rasure |
| Rita Faye Shaver, | ) | |
| | ) | |
| Debtor. | ) | Chapter 13 |

**AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362(A) AND NOTICE OF OPPORTUNITY FOR HEARING**

COMES NOW Secured Creditor, Reverse Mortgage Solutions, Inc., by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) and 554, for a modification of the automatic stay and abandonment provisions for cause, and, in support thereof, states the following:

1.      Debtor, Rita Faye Shaver, filed a voluntary petition pursuant to Chapter 13 of the United States Bankruptcy Code on November 3, 2016.

2.      Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), 11 U.S.C. § 554, Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

3.      On July 30, 2012, Debtor executed and delivered a Promissory Note ("Note") and a Deed of Trust ("Mortgage") securing payment of the Note up to the maximum principle amount of $178,500.00 to Mortgage Electronic Registration Systems, Inc. The Mortgage was recorded on August 14, 2012 as Instrument Number 2012079437 of the Public Records of Tulsa County, Oklahoma.  The loan was transferred to Secured Creditor. True and accurate copies of documents establishing a perfected security interest and ability to enforce the terms of the Note are attached hereto as Composite Exhibit "A."  The documents include copies of the Note with any required indorsements, Recorded Mortgage, Assignment(s) of Mortgage, and any other applicable documentation.

4.      The Mortgage provides Secured Creditor a lien on the real property located in Tulsa County, Oklahoma, and legally described as Exhibit "A".  The property address is known as 7372 S. 69th East Avenue, Tulsa, OK 74133.

5.      The terms and conditions of the Note and Reverse Mortgage were in default and remain in post-petition default. The terms and conditions of the Note and Mortgage are in default due to failure to perform an obligation under the mortgage by failing to maintain post-petition property taxes and insurance in the amount of $2,258.69.

| Date | Type | Amount | Effective Dates |
|------|------|--------|-----------------|
| 12/22/2016 | Taxes | 653.00 | 2016 Tulsa County |
| 12/29/2017 | Taxes | 653.00 | 2016 Tulsa County |
| 10/24/2017 | Hazard Insurance | 952.69 | 10/18/2017 - 10/18/2018 |
| | **Total:** | **2,258.69** | |

6.      Secured Creditor is due the following amount as of August 8, 2017: $121,219.44. A copy of the payoff is annexed hereto and made a part hereof as Exhibit "C".

7.      According to Tulsa County Assessor, the appraised value of the property is $101,817.00.  *See* Exhibit "D" which is attached hereto and permissible as a property valuation under Fed. R. Evid. 803(8).  There is no equity in the property for the benefit of the estate and therefore Secured Creditor requests the property be abandoned as of inconsequential value to the estate.

8.      Based upon the Debtor's Plan, Debtor provides for a cure of the pre-petition arrears.

9.      Secured Creditor's security interest in the subject property is being significantly jeopardized by Debtor's failure to comply with the terms of the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest.  Secured Creditor has no protection against the erosion of its collateral position and no other form of adequate protection is provided.

10.      If Secured Creditor is not permitted to enforce its security interest in the collateral or be provided with adequate protection, it will suffer irreparable injury, loss, and damage.

11.      Secured Creditor respectfully requests the Court grant it relief from the Automatic Stay in this cause pursuant to §362(d)(1) of the Bankruptcy Code, for cause, namely the lack of adequate protection to Secured Creditor for its interest in the above stated collateral.  The value of the collateral is insufficient in and of itself to provide adequate protection which the Bankruptcy Code requires to be provided to the Secured Creditor. Secured Creditor additionally seeks relief from the Automatic Stay pursuant to §362(d)(2) of the Bankruptcy Code, as the collateral is unnecessary to an effective reorganization of the Debtor's assets.

12.      Secured Creditor has incurred court costs and attorney's fees in this proceeding and will incur additional fees, costs and expenses in foreclosing the Mortgage and in preserving and protecting the property, all of which additional sums are secured by the lien of the mortgage. Secured Creditor seeks an award of its reasonable attorneys' fees and costs, or alternatively, leave to seek recovery of its reasonable attorneys' fees and costs in any pending or subsequent foreclosure proceeding.

## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected.  You should read this document carefully and consult your attorney about your rights and the effect of this document.**  If you do not want the court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the clerk of the united states bankruptcy court for the northern district of Oklahoma, 224 South Boulder, Tulsa, Oklahoma 74103 no later than **14 days** from the date of filing of this request for relief.  You should also serve a file-stamped copy of your response or objection to the undersigned movant's attorney [and others who are required to be served] and file a certificate of service with the court.  If no response or objection is timely filed, the court may grant the requested relief without a hearing or further notice.  **The 14 day period includes 3 days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f)**

WHEREFORE, Secured Creditor, prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) and abandon the property from the estate under 11 U.S.C. § 554, to permit Secured Creditor to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, to seek recovery of its reasonable attorneys' fees and costs incurred in this proceeding, and to any such further relief as this Honorable Court deems just and appropriate.

RIEZMAN BERGER, P.C.

By: **/s/Kathryn A. Klein**
Kathryn A. Klein, MO Bar #35874
(Admitted District Court)
7700 Bonhomme Avenue, 7th Floor
St. Louis, MO  63105
314- 727-0101 Telephone
314-727-1086 Facsimile
rb_bank@riezmanberger.com
Attorneys for Reverse Mortgage Solutions, Inc.

## **CERTIFICATE OF SERVICE**

        I hereby certify that on this 7th day of November, 2017, a true and correct copy of the Amended Motion for Relief from the Automatic Stay was forwarded via U.S. Mail, first class, postage prepaid and properly addressed on the following at the addresses shown below:

Rita Faye Shaver                            Debtor
7372 South 69th East Ave.
Tulsa, OK 74133

And all Creditors on the attached List

and was electronically served using the CM/ECF system on:

Greggory T. Colpitts                      Attorney for Debtor

Lonnie D. Eck                            Chapter 13 Trustee

Office of the United States Trustee        United States Trustee

                          By: **/s/ Kathryn A. Klein**
                          Kathryn A. Klein MO Bar #35874
                          7700 Bonhomme Avenue, 7th Floor
                          St. Louis, MO  63105
                          (314) 727-0101
                          Attorneys for Reverse Mortgage Solutions

## LIST OF CREDITORS

And all Creditors on the attached List

ARVEST BANK
P.O. BOX 11110
FORT SMITH AR 72917-1110

AT&T
c/o Enhanced Recovery Corp.
P.O. Box 57547
Jacksonville, FL 32241-7547

AT&T U-verse
c/o IC Systems Collections
P.O. Box 64378
Saint Paul, MN 55164-0378

AARON'S INC.
P.O. BOX 100039
KENNESAW, GA 30156-9239

Aaron 's Inc.
1015 Cobb Place Blvd.
Kennesaw, GA 30144

Advance America
7037 South Memorial Drive
Tulsa, OK 74133-2037

All-Temp Solutions
7902 East 15th Street
Tulsa, OK 74112-7051

Ally
P.O. Box 380902
Bloomington, MN 55438-0902

Ally Financial
P.O. Box 130424
Roseville, MN 55113-0004

Ardmore Finance
4419 E. 31st St.
Tulsa, OK 74135-2130

ARVEST BANK
ATTN : COLLECTIONS/BANKRUPTCY
PO BOX 11110
FORT SMITH, AR 72917

Arvest Bank
P.O. Box 799
Lowell, AR 72745

Baer & Timberlake P.C.
P.O. Box 18486
Oklahoma City, OK 73154-0486

Banner Finance of Broken Arrow
536 S. Elm Pl.
Broken Arrow, OK 74012-5325

Banner Loan
536 South Elm Place
Broken Arrow, OK 74012-5325

CHIEF OFC OF SPEC LITIGATION
U.S. Dept. of Justice-Tax Div.
P.O. Box 7238
Washington, DC 20044-7238

CONSUMER CELLULAR
C/O PROFESSIONAL CREDIT SERVICE
P.O. BOX 7548
SPRINGFIELD, OR 97475-0039

Central Bank of Oklahoma Attn: Chris Meyers
8908 S. Yale
Suite 100
Tulsa, OK 74137-3501

Central Bank of Oklahoma
P.O. Box 4500
Jefferson City, MO 65102-4500

Consumer Cellular
c/o Professional Credit Service
400 International Way
Springfield, OR 97477-7002

Customer Credit/Royal Management
25331 W IH 10
San Antonio, TX 78257-9506

Equifax Credit Information Services, Inc.
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
955 American Lane
Schaumburg, IL 60173-4998

GE Capital Retail Bank
c/o Portfolio Recovery Associates
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502-4952

GMAC Inc., n/k/a Ally Financial Inc. (ALLY)
Kivell, Rayment and Francis, P.C.
c/o Michael J. George
Triad Center I, Suite 550
7666 E. 61st Street
Tulsa, OK 74133-1143

Michael J. George
Kivell, Rayment and Francis, P.C.
Triad Center I, Suite 550
7666 East 61st St.
Tulsa, OK 74133-1136

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeanne M. Edwards, M.D.
c/o Tulsa Adjustment Bureau
1754 Utica Square
Tulsa, OK 74114-1400

JEFFERSON CAPITAL SYSTEMS LLC
P.O. BOX 7999
SAINT CLOUD, MN 56302-7999

Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617

Office of the United States Trustee
224 South Boulder Avenue, Suite 225
Tulsa, OK 74103-3026

Okla Empl. Sec. Comm.
P.O. Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Tax Commission
440 S. Houston, Ste. 501B
Tulsa, OK 74127-8989

Oklahoma Tax Commission
120 N. Robinson - Suite 2000W
Oklahoma City, OK 73102-7801

OKLAHOMA TAX COMMISSION
GENERAL COUNSEL'S OFFICE
100 N BROADWAY AVE SUITE 1500
OKLAHOMA CITY OK 73102-8601

Pay-Tek Solutions
240 Glennis Drive
Suite 401
Murfreesboro, TN 37129-5159

Quantum3 Group LLC as agent for Sadino Fundi
P.O. Box 788
Kirkland, WA 98083-0788

SYNCB/QVC
P.O. Box 965018
Orlando, FL 32896-5018

Speedy Cash
c/o AD Astra Recovery Services
3611 North Ridge Road, Suite 104
Wichita, KS 67205-1214

Melody V. Suess
440 S. Houston, Ste. 501B
Tulsa, OK 74127-8913

Surety Finance
6390 B. 31st St., Ste. A
Tulsa, OK 74135-5457

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
NORFOLK, VA 23541-1021

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Tulsa Bone & Joint
4802 S. 109th B Ave.
Tulsa, OK 74146-5822

Tulsa County Treasurer
500 S. Denver, Suite 323
Tulsa, OK 74103-3840

Tulsa PT Consultants, LLC
Dept. 340
P.O. Box 21568
Tulsa, OK 74121-1568

U.S. Attorney
110 West Seventh Street Suite 300
Tulsa, OK 74119-1013

U.S. SEC & EXCHANGE COMM.
Midwest Regional Office
175 W. Jackson Boulevard, Ste. 900
Chicago, IL 60604-2815

Verizon Wireless
P.O. Box 26055
Minneapolis, MN 55426-0055

Your Credit
2613 South Memorial Drive, Ste. C
Tulsa, OK 74129-2645