UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

In Re:                              }
                                    }
SHAVER, Rita Faye                   }    Case No.:   16-12007-R
    SSN: xxx-xx-7280                }
                                    }           Chapter 13
            Debtor                  }

**DEBTOR'S OBJECTION TO THE CHAPTER 13 TRUSTEE'S
MOTION TO DISMISS CASE**

COMES NOW, the Debtor, Rita Faye Shaver, (hereinafter "Debtor") and hereby submits her objection to the Chapter 13 Trustee's Motion to Dismiss Case, (hereinafter "Motion"), electronically filed on November 18, 2017. In support of this objection, Debtor alleges and states as follows:

1. Debtor is making arrangements to bring her Chapter 13 Payments current with the Chapter 13 Trustee.

WHEREFORE, Debtor requests that this Court deny the Motion filed on behalf of the Chapter 13 Trustee.

Respectfully submitted by:

*/s/ Greggory T. Colpitts*
_____
Greggory T. Colpitts, OBA:#14381
**The Colpitts Law Firm**
6506 S. Lewis, Suite 175
Tulsa, OK 74136-1079
(918) 747-9747
(918) 747-1267 Fax
greg@colpittslawfirm.us
Attorney for Debtor