United States Bankruptcy Court

Northern District of Oklahoma

In re:                                                                                                                            Case No. 16-12007-M

Rita Faye Shaver                                                                                            Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 1085-4                                    User: admin                                      Page 1 of 3

Date Rcvd: Jan 06, 2023                           Form ID: 3180W                               Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rita Faye Shaver, 7372 South 69th East Ave., Tulsa, OK 74133-2715 |
| aty | + | Lewis Arnold Berkowitz, Berkowitz Law Firm, Inc., 4334 N.W. Expressway, Suite 249, Oklahoma City, OK 73116-1576 |
| cr | + | GMAC Inc., n/k/a Ally Financial Inc. (ALLY), Kivell, Rayment and Francis, P.C., c/o Michael J. George, Triad Center I, Suite 550, 7666 E. 61st Street Tulsa, OK 74133-1143 |
| cr | + | Reverse Mortgage Solutions, Inc., c/o Riezman Berger, P.C., 7700 Bonhomme, 7th Floor, St. Louis, MO 63105-1960 |
| 2768403 | | 434 Your Credit Inc, 25331 1H 10 West, Ste 101, San Antonio, TX 78257 |
| 2594036 | + | All-Temp Solutions, 7902 East 15th Street, Tulsa, OK 74112-7051 |
| 2587891 | + | Ardmore Finance, 4419 E. 31st St., Tulsa, OK 74135-2130 |
| 2657728 | + | Banner Finance of Broken Arrow, 536 S. Elm Pl, Broken Arrow, OK 74012-5325 |
| 2587896 | + | Banner Loan, 536 South Elm Place, Broken Arrow, OK 74012-5325 |
| 2587899 | + | Customer Credit/Royal Management, 25331 W IH 10, San Antonio, TX 78257-9506 |
| 2587901 | | Jeanne M. Edwards MD, c/o Tulsa Adjustment Bureau, 1754 Utica Square, Tulsa, OK 74114-1400 |
| 2594037 | + | Pay-Tek Solutions, 240 Glennis Drive, Suite 401, Murfreesboro, TN 37129-5159 |
| 2587902 | + | Reverse Mortgage Solutions, Inc., 5010 Linbar Drive, Suite 100, Nashville, TN 37211-5064 |
| 2613275 | + | Reverse Mortgage Solutions, Inc., 14405 Walters Road, Suite 200, Houston, TX 77014-1345 |
| 2587904 | + | Surety Finance, 6390 E. 31st St., Ste A, Tulsa, OK 74135-5457 |
| 2587906 | | Tulsa Bone & Joint, 4802 S 109th E Ave, Tulsa, OK 74146-5822 |
| 2587907 | | Tulsa PT Consultants, LLC, Dept 340, PO Box 21568, Tulsa, OK 74121-1568 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Jan 06 2023 22:43:00 | Oklahoma Empl. Sec. Comm., PO Box 53039, Oklahoma City, OK 73152-3039 |
| smg | | Email/Text: bankruptcysecretary@tax.ok.gov | Jan 06 2023 22:43:00 | Oklahoma Tax Commission, General Counsel's Office, 100 N Broadway Ave, Suite 1500, Oklahoma City, OK 73102-8601 |
| smg | | Email/Text: bankruptcy@tulsacounty.org | Jan 06 2023 22:43:00 | Tulsa County Treasurer, John M. Fothergill, 218 W 6th St., 8th Fl, Tulsa, OK 74119-1004 |
| cr | | EDI: JEFFERSONCAP.COM | Jan 07 2023 03:44:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |
| cr | + | Email/Text: msuess@tax.ok.gov | Jan 06 2023 22:43:00 | Oklahoma Tax Commission, 440 S. Houston, Ste. 501B, Tulsa, OK 74127-8913 |
| 2610753 | | Email/Text: bankruptcy@arvest.com | Jan 06 2023 22:43:00 | ARVEST BANK, ATTN: COLLECTIONS/BANKRUPTCY, PO BOX 11110, FORT SMITH, AR 72917 |
| 2587892 | | Email/Text: bankruptcy@arvest.com | Jan 06 2023 22:43:00 | Arvest Bank, PO Box 799, Lowell, AR 72745 |
| 2587893 | ^ | MEBN | | |

| District/off: 1085-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: 3180W | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 06 2023 22:38:12 | AT&T, c/o Enhanced Recovery Corp, PO Box 57547, Jacksonville, FL 32241-7547 |
| 2587894 | | EDI: LCIICSYSTEM | Jan 07 2023 03:44:00 | AT&T Uverse, c/o IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 2600774 | + | Email/Text: bankruptcynotices@aarons.com | Jan 06 2023 22:43:00 | Aaron's Inc., 1015 Cobb Place Blvd., Kennesaw, GA 30144-3672 |
| 2587889 | + | Email/Text: bnc@advanceamerica.net | Jan 06 2023 22:43:00 | Advance America, 7037 South Memorial Drive, Tulsa, OK 74133-2037 |
| 2587890 | + | EDI: GMACFS.COM | Jan 07 2023 03:44:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 2594564 | | EDI: GMACFS.COM | Jan 07 2023 03:44:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 2587895 | | Email/Text: BTCCPOC@baer-timberlake.com | Jan 06 2023 22:43:00 | Baer & Timberlake, P.C., PO Box 18486, Oklahoma City, OK 73154-0486 |
| 2604121 | + | Email/Text: bknotices@professionalcredit.com | Jan 06 2023 22:43:00 | CONSUMER CELLULAR, C/O PROFESSIONAL CREDIT SERVICE, PO BOX 7548, SPRINGFIELD, OR 97475-0039 |
| 2617355 | | Email/Text: bankruptcycontact.ok@centralbank.net | Jan 06 2023 22:43:00 | Central Bank of Oklahoma, Attn: Chris Meyers, 8908 S. Yale, Suite 100, Tulsa, OK 74137-3501 |
| 2587897 | + | Email/Text: LSC_DefaultServicing@centralbank.net | Jan 06 2023 22:43:00 | Central Bank of Oklahoma, PO Box 4500, Jefferson City, MO 65102-4500 |
| 2587898 | + | Email/Text: bknotices@professionalcredit.com | Jan 06 2023 22:43:00 | Consumer Cellular, c/o Professional Credit Service, 400 International Way, Springfield, OR 97477-7004 |
| 2587885 | ^ | MEBN | Jan 06 2023 22:38:07 | Equifax Credit Information Services, Inc, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 2587884 | ^ | MEBN | Jan 06 2023 22:38:11 | Experian, 955 American Lane, Schaumburg, IL 60173-4998 |
| 2587900 | + | EDI: PRA.COM | Jan 07 2023 03:44:00 | GE Capital Retail Bank, c/o Portfolio Recovery Associates, 120 Corporate Blvd, Ste. 100, Norfolk, VA 23502-4952 |
| 2587887 | | EDI: IRS.COM | Jan 07 2023 03:44:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 2610759 | | EDI: JEFFERSONCAP.COM | Jan 07 2023 03:44:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 2587888 | + | Email/Text: msuess@tax.ok.gov | Jan 06 2023 22:43:00 | Oklahoma Tax Commission, 440 South Houston, Suite 501-B, Tulsa, OK 74127-8913 |
| 2597604 | | EDI: Q3G.COM | Jan 07 2023 03:44:00 | Quantum3 Group LLC as agent for Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 2741379 | + | Email/Text: RASEBN@raslg.com | Jan 06 2023 22:43:00 | Reverse Mortgage Solutions, Inc, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, BOCA RATON, FL 33487-2853 |
| 2716654 | + | Email/Text: RASEBN@raslg.com | Jan 06 2023 22:43:00 | Reverse Mortgage Solutions, Inc., RAS Crane, LLC,, Bankruptcy Department, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 2593689 | + | Email/Text: RASEBN@raslg.com | Jan 06 2023 22:43:00 | Reverse Mortgage Solutions, Inc., 6409 congress Ave., Suite 100, BOCA RATON, FL 33487-2853 |
| 2587905 | + | EDI: RMSC.COM | Jan 07 2023 03:44:00 | SYNCB/QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 2587903 | + | Email/Text: bankruptcy@speedyinc.com | Jan 06 2023 22:43:00 | Speedy Cash, c/o AD Astra Recovery Services, 3611 North Ridge Road, Suite 104, Wichita, KS 67205-1214 |

| District/off: 1085-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: 3180W | Total Noticed: 50 |

| 2618162 | + EDI: RMSC.COM | | Jan 07 2023 03:44:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, NORFOLK, VA 23541-1021 |
|---|---|---|---|---|
| 2587883 | ^ MEBN | | Jan 06 2023 22:38:09 | TransUnion Consumer Solutions, P.O. Box 2000, Chester, PA 19016-2000 |
| 2587908 | + EDI: VERIZONCOMB.COM | | Jan 07 2023 03:44:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2587886 | *+ | Experian, 955 American Lane, Schaumburg, IL 60173-4998 |
| 2587909 | ##+ | Your Credit, 2613 South Memorial Drive, Ste C, Tulsa, OK 74129-2645 |
| 2593690 | ##+ | Your Credit Inc, 2613-c S Memorial Dr, Tulsa, OK 74129-2645 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Greggory T. Colpitts | on behalf of Debtor Rita Faye Shaver greg@colpittslawfirm.us debra@colpittslawfirm.us;carolynn@colpittslawfirm.us;lauren@colpittslawfirm.us;gregcolpitts65@gmail.com;watson9676@gmail.com;r55602@notify.bestcase.com |
| Kathryn A Klein | on behalf of Creditor Reverse Mortgage Solutions Inc. rb_bank@riezmanberger.com, rbadmin@ecf.courtdrive.com |
| Lonnie D. Eck | peck@eckchapter13.com ecf@eckchapter13.com |
| Melody V Suess | on behalf of Creditor Oklahoma Tax Commission msuess@tax.ok.gov |
| Michael J. George | on behalf of Creditor GMAC Inc. n/k/a Ally Financial Inc. (ALLY) mgeorge@kivell.com |
| Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Rita Faye Shaver<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7280<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Northern District of Oklahoma | |
| Case number: | 16–12007–M | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rita Faye Shaver

<u>1/6/23</u>   **By the court:** <u>Terrence L. Michael</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**